CORRECTED

Court Name: U S DISTRICT COURT EDKY
Division: 3
Receipt Number: 3001600
Cashier ID: kratliff
Transaction Date: 08/24/2017
Payer Name: Amy Jerrine Mischler
--------------------------------
CIVIL FILING FEE
 For: Amy Jerrine Mischler
 Amount:      $400.00
--------------------------------
CASH
 Amt Tendered:  $400.00
--------------------------------
Total Due:       $400.00
Total Tendered:  $400.00
Change Amt:      $0.00

3:17-CV-66-GFVT
Original Filing Fee