AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Amy Jerrine Mischler
Plaintiff(s)

v.

Selena Woody Stevens
Defendant(s)

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.

17-CV-66-GVT

Eastern District of Kentucky
**FILED**

**NOV 06 2017**

AT FRANKFORT
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

COPY

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Selena Woody Stevens
183 Whitman Way
Georgetown Ky 40324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Amy Mischler
1120 Palm Court
Okeechobee Fl 34974

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

ROBERT R. CARR

Date: 9-15-17

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Selena Woody Stevens

was received by me on *(date)* 10/23/17

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* Terry Stevens - Husband _____ , a person of suitable age and discretion who resides there,

on *(date)* 10/24/2017 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: Oct. 24, 2017

_____
Server's signature

Kevin Duckworth - Special Bailiff
Printed name and title

10836 Milwaukee Way, Louisville, KY 40272
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

<table>
<tr><td>Amy Jerrine Mischler<br><i>Plaintiff(s)</i></td><td>)<br>)<br>)<br>)<br>)<br>)</td><td rowspan="2">Civil Action No.<br><br>17-CV-66-6 FVT</td></tr>
<tr><td>v.<br><br>Governor Matt Bevin<br><i>Defendant(s)</i></td><td>)<br>)<br>)<br>)<br>)<br>)<br>)</td></tr>
</table>

RECEIVED

SECRETARY OF STATE
COMMONWEALTH OF KY

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Governor Matt Bevin
700 Capital Avenue, Suite 100
Frankfort Ky 40601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Amy Mischler
1120 Palm Court
Okeechobee Fl 34974

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/15/17

ROBERT R. CARR

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Governor - Matt Bevin

was received by me on *(date)* 10/23/17 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Jon E. Park Director Constituent Services , who is

designated by law to accept service of process on behalf of *(name of organization)* Gov. Matthew Bevin

on *(date)* 10/24/2017 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: Oct. 24, 2017

_____
Server's signature

Keith Ulickworth - Special Bailiff
Printed name and title

1086 Milwaukee Ln., Louisville, KY 40272
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the

Amy Jerrine Mischle
~~Stites coo etter~~

_____
Plaintiff(s)

v.

Stites & Harbison
_____
Defendant(s)

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.

17-cv-66-6FVT

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Stites & Harbison
S&H Louisville LLC
400 West Market St.
Suite 1800
Louisville KY 40202-3352

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Amy Mischler
1120 Palm Court
Okeechobee Fl 34974

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9-15-17

ROBERT R. CARR

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _Stites + Harbison_

was received by me on *(date)* _10/23/17_ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* _Patricia L. Hoskins, Member,_ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_S & H Louisville, KLC_ on *(date)* _October 24 2017_ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ _0.00_ .

I declare under penalty of perjury that this information is true.

Date: _Oct 24, 2017_ _____
                                    Server's signature

                    _Kevin Urkunoff, Special Bailiff_
                                    Printed name and title

                    _10856 Milwaukee Lane, Louisville, KY 40272_
                                    Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Amy Jerrine Mischler
_____
Plaintiff(s)

v.

Dr. Sally Brenzel
_____
Defendant(s)

)
)
)
)
)
)
)
)
)
)
)
)

COPY

Civil Action No.

17-CV-16-66VT

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Dr. Sally Brenzel
7980 New Lagrange Road
(Louisville) Louisville Ky 40222

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

ROBERT R. CARR

Date: 9-15-17
_____
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Dr. Sally Brenzel

was received by me on *(date)* 10/23/17

☒ I personally served the summons on the individual at *(place)* Sally Brenzel
7980 New LaGrange Rd    on *(date)* 10/26/17 ; or
Lou 40222

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/26/17

_____
Server's signature

Kevin Culbreth - Special Bailiff
Printed name and title

10826 Milwaukee Lane, Louisville, KY 40272
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

|  |  |
|---|---|
| <u>Amy Jerrine Mischler</u><br>*Plaintiff(s)*<br><br>v.<br><br><u>Attorney General Andy Be</u><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.

*17-CV-66-6FVT*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Andy Beshear
Office of the Attorney General
700 Capitol Avenue, Suite 118
Frankfort KY 40601-3449

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Amy Mischler
1120 Palm Court
Okeechobee FL 34974

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

ROBERT R. CARR

Date: 9-15-17

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _Attorney General - Andy Beshear_

was received by me on *(date)* _10/23/17_ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* _Laura C. Hyde_ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_Office of the Attorney General_ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

RECEIVED

OCT 2017

Office of the
Attorney General

My fees are $ _____ for travel and $ _____ for services, for a total of $ _0.00_ .

I declare under penalty of perjury that this information is true.

Date: _Oct. 24, 2017_

_____
Server's signature

_Kevin Churchwell - Special Bailiff_
Printed name and title

_10826 Milwaukee Way Louisville, KY 40272_
Server's address

Additional information regarding attempted service, etc: