Case: 3:17-cv-00066-DCR    Doc #: 13    Filed: 11/06/17    Page: 1 of 3 - Page ID#: 130

Eastern District of Kentucky

**F I L E D**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION
17-CV-66

NOV 0 6 2017

AT FRANKFORT
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

AMY JERRINE MISCHLER                                                    PLAINTIFF

V.

GOVERNOR MATT BEVIN, et al.                                         DEFENDANTS

## MOTION FOR ORDER THAT PURSUANT TO FRCP 4(e)(1) and KCRP 4.04(2) and (6) THAT ALL OTHER DEFENDANTS HAVE BEEN SERVED

Where the Kentucky Attorney Generals Office has deviated from past actions and refused to accept service from the Plaintiffs process server; Ms. Mischler requests pursuant to FRCP 4(d)(1), FRCP 4(e)(1) and Kentucky Civil Rules of Procedure 40.04(2) and (6), that the Court orders that all other Defendants are served.[1]  Ms. Mischler states as follows.

Kentucky Civil Rule of Procedure 4.04(6) states service shall be made upon the Commonwealth or any agency thereof by serving the attorney general or any assistant attorney general.  When a state employee is sued through their official capacity it is a legal fiction making it the same as suing the Commonwealth of Kentucky.

In the past Kentucky Assistant Attorney General Ryan Halloran accepted a summons pursuant to KCRP  4.04(6) for Judge Julie Paxton [Individual] in 13-cv-8 [EDKY].  Also, the Kentucky Attorney Generals Office has accepted summons for social worker KY social worker Alison Campbell [Individual and official] in case 10-cv-51 [EDKY].  See attached document.

The Kentucky Attorney Generals refused acceptance of service from process server Kevin Ducksworth PLLC.  See attached letter.

---

[1] A full list will be at the end of the motion.
Exhibits attached 1)13-cv-8 Summons [two pages], 10-cv-51 summons [one page], Duckworth Process LLC letter [one page], invoice.

FRCP 4(d)(1) states that associations, corporations, or individuals have a duty to avoid unnecessary expenses to the Plaintiff in the serving of summons. In addition, FRCP 4(e)(1) states that "following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made".

Here, state law in the form of Kentucky Civil Rules of Procedure 4.04(2) states "if acceptance is refused by offering personal delivery to such person, or by delivering a copy of the summons and of the complaint (or other initiating document) to an agent authorized by appointment or by law to receive service of process for such individual." Pursuant to KCRP 4.04(2), the Kentucky Attorney Generals Office refused acceptance although authorized under KCRP 4.04(6) and PAST CONDUCT, has accepted service in the past.

Where the Kentucky Attorney Generals is in violation of FRCP 4.04(e)(1) and is attempting to drive up Ms. Mischler's costs of serving the summons; she humbly respects the District Court to order that the Defendants listed below have been served or other relief as can be granted by the Court. The Kentucky Attorney Generals Office accepted summons for three defendants and thus has copies and due process notice of the complaint for all defendants.

The Defendants subject to this motion are: Howard keith Hall, Julie Paxton, Joseph Lambert, timothy Feeley, John Daivd Preston, Janie Wells, Lewis Nicholls, Susan Howard, Debra Wilcox-Lemaster, Kathy Larder, Deborah Webb, Shereena Hamilton-Spurlocke, Latoya Jones, Wilma Taylor, Mike Hartlage, Gwen Hatfield, Mona Womack, Debbie Dile, Zack Ousley, Emily Gray-Jones.

Ms. Mischler has the remaining summons with her process server WAITING FOR THIS COURT to issue an order or other instructions on this matter. The Kentucky Attorney Generals

Exhibits attached 1)13-cv-8 Summons [two pages], 10-cv-51 summons [one page], Duckworth Process LLC letter [one page], invoice.

Office has been contacted by Ms. Mischler to resolve this without Federal Judge Intervention, they still refuse to accept service.

Respectfully submitted,

Amy Mischler
1120 Palm Court
Okeechobee, Florida 34974
ajmischler@yahoo.com
863-763-6213

### Certificate of Service

None of the Defendants have yet made an entry of appearance as of 11/4/17.

Nov. 4, 2017

Exhibits attached 1)13-cv-8 Summons [two pages], 10-cv-51 summons [one page], Duckworth Process LLC letter [one page], invoice.