AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Kentucky

| | |
|---|---|
| **AMY JERRINE MISCHLER** | ) <br> ) <br> ) <br> ) |
| _Plaintiff(s)_ | ) |
| v. | )    Civil Action No.   7:13-cv-08-ART |
| **JONAH LEE STEVENS, ET AL.** | ) <br> ) <br> ) <br> ) <br> ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   Julia Paxton, Former Judge in her personal capacity
c/o Kentucky Office of the Attorney General
700 Capitol Aveue, Suite 118
Frankfort, Kentucky 40601


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Amy Jerrine Mischler, Pro Se
1120 Palm Court
Okeechobee, FL 34974


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT



Date: _____06/26/2013_____     _____   by : MJY

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

## PROCESS RECEIPT AND RETURN

Eastern District of Kentucky

**FILED**

| | |
|---|---|
| PLAINTIFF<br>Amy Jerrine Mischler | COURT CASE NUMBER<br>7:13-cv-08-ART |
| DEFENDANT<br>Jonah Lee Stevens, et al. | TYPE OF PROCESS **JUL 18 2013**<br>Order, Summons & Complaint |

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Julia Paxton-Former Judge in her personal capacity

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

c/o Kentucky Office of the Attorney General 700 Capital Ave., Suite 118, Frankfort, KY 40601

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Amy Jerrine Mischler<br>1120 Palm Court<br>Okeechobee, FL 34974 | Number of process to be<br>served with this Form 285 | 13 |
| | Number of parties to be<br>served in this case | 13 |
| | Check for service<br>on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Fold                                                                                       Fold

SEE ATTACHED ORDER FILED 06/26/2013, DE # 10.

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>606-437-6169 | DATE<br>06/26/2013 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>(Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 32 | District to Serve<br>No. 32 | Signature of Authorized USMS Deputy or Clerk<br>*M Small* | Date<br>7 5 13 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above)<br>RYAN HALLORAN, ASST ATTORNEY GENERAL | ☐ A person of suitable age and discretion<br>then residing in defendant's usual place<br>of abode |
|---|---|

| Address (complete only different than shown above) | Date<br>7/12/13 | Time<br>3:27 | ☐ am<br>☒ pm |
|---|---|---|---|

Signature of U.S. Marshal or Deputy

| Service Fee<br>55.00 | Total Mileage Charges<br>including *endeavors*<br>18.65 | Forwarding Fee<br>— | Total Charges<br>73.65 | Advance Deposits<br>— | Amount owed to U.S. Marshal* or<br>(Amount of Refund*)<br>73.65 |
|---|---|---|---|---|---|

REMARKS:

TO T CLAY FOR PERSONAL SERVICE

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment,
   if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### Eastern District of Kentucky

| | |
|---|---|
| **RICHARD WESLEY** <br><br> *Plaintiff* <br><br> v. <br><br> **ALISON CAMPBEL, ET AL** <br><br> *Defendant* | ) <br> ) <br> ) <br> )   Civil Action No.   2:10-CV-00051 <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* **ALISON CAMPBELL**
**Individually and in her Official Capacity as a Social Service Worker**
**C/O Office of the Attorney General**
**Capitol Suite 118**
**100 Capitol Avenue**
**Frankfort, KY 40601-3449**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Paul J. Hill, Esq.
231 Scott Street
Suite 1A
Covington, KY 41011

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

~~Loretta G. Whitman~~
*CLERK OF COURT*

Date:   MAR 1 8 2010                          ~~Elaine G. Oldfield~~

*Signature of Clerk or Deputy Clerk*

**Duckworth Process, LLC**
duckworthprocess.com

**Kevin Duckworth**
Special Bailiff

10826 Milwaukee Way
Louisville, KY 40272
502-664-4232
502-882-2199 fax
duckworthprocess@twc.com



To whom it may concern,

I was hired by Amy Mischler to serve 22 Summonses and Complaints to the Attorney General's Office of Andy Beshear. One for the Attorney General himself and 21 others for various Kentucky Judges, Attorneys, County Attorneys and Social Workers. On October 24, 2017 while attempting to serve the Attorney General I was told by Debbie Gall the receptionist that she would have to let the attorneys in the office look over the documents because of the wording of the Summons and Complaint to see if it could be accepted. Ultimately, I was told by Debbie that they could accept the Summons and Complaint for the Attorney General but could not accept service for any of the other Judges, Attorneys, County Attorneys or Social Workers due to the wording.

Debbie Gall explained to me that the Office of the Attorney General can't accept Summonses and Complaints on behalf of Judges, Attorneys and County Attorneys. They would have to be served individually. Because of the wording on the Summons and Complaints the Attorney General's Office also couldn't accept Summonses and Complaints for any of the Social Workers listed to be served. The Summonses and Complaints are naming a Social Worker individually and in their official capacity. However, the Attorney General's Office would accept Summonses and Complaint on behalf of the Cabinet for Health and Family Services with the Social Workers named in their official capacity only.

I contacted Ms. Mischler by phone to explain to her what I was told, she explained to me that the Attorney General's Office were served Summonses and Complaints before by her for Judges, Attorneys, County Attorney and Social Workers with the exact same wording and it was accepted and didn't understand why they wouldn't accept these documents this time.

Kevin Duckworth

Duckworth Process, LLC

**Duckworth Process, LLC.**
10826 Milwaukee Way
Louisville, KY 40272
502-664-4232



Amy Mischler
1120 Palm Court
Okeechobee, FL 34974

# INVOICE

| | |
|---|---|
| **Invoice #** | 0001914 |
| **Invoice Date** | 10/27/2017 |
| **Due Date** | 11/27/2017 |

| Item | Description | Unit Price | Quantity | Amount |
|---|---|---|---|---|
| Service | Stites & Harbison | 220.00 | 1.00 | 220.00 |
| Service | Dr. Sally Brenzel | 0.00 | 1.00 | 0.00 |
| Service | Office of the Attorney General | 0.00 | 1.00 | 0.00 |
| Service | Governor Matt Biven | 0.00 | 1.00 | 0.00 |
| Service | Selena Woody Stevens | 0.00 | 1.00 | 0.00 |
| Service | Attempted Serve of 21 others at the Attorney General's Office | 0.00 | 1.00 | 0.00 |

**NOTES:** We accept Cash, Check, Credit Card.
There is a $3.00 convenience fee for all Credit Card payments.
Thank you for your business.

| | |
|---|---|
| **Subtotal** | 220.00 |
| **Total** | 220.00 |
| **Amount Paid** | 0.00 |
| **Balance Due** | $220.00 |