UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION
17-CV-66

Eastern District of Kentucky
**FILED**

AMY JERRINE MISCHLER

**NOV 2 0 2017**

v.

AT FRANKFORT
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

GOVERNOR MATT BEVIN, et al.

## MOTION FOR ORDER WARNING STITES & HARBISON PLLC THAT THE EASTERN DISTRICT OF KENTUCKY FEDERAL COURTS WILL NOT TOLERATE INAPPROPRIATE DECORUM IN PLEADINGS

Now comes Ms. Amy Mischler who requests the District Court for a written order warning the Defendant Stites & Harbison PLLC from further irrelevant, untrue and unprofessional statements in pleadings.

Ms. Mischler asks the Court to review footnote 1 found on Page ID# 305, in Docket Entry #20, page 3 of 3 in case 17cv-00066 GFVT.

First, this footnote is irrelevant to the notice filed. Second, this footnote states that Ms. Mischler did not use the correct the addresses for the Defendants. As the Court is fully aware, this issue of summons not being served has nothing to do with the addresses but the fact that the Attorney Generals Office is refusing to accept service.[1] This is a completely different issue. Further, Stites & Harbison stated that the addresses were "returned as undeliverable". THIS IS A COMPLETELY FALSE STATEMENT OF FACT.

A likely unnecessary reminder, Defendant Andy Beshear's father is a member of Stites & Harbison PLLC. Thus, this footnote was an attempt to favorably influence the Court on the fact

---

[1] Ms. Mischler has provided evidence in the form of PACER online filings to show that in the past, the Kentucky Attorney Generals Office has accepted service. This is currently awaiting being ruled upon by the District Court.

1/3

that Andy Beshear's office REFUSED TO ACCEPT THE COURTS ORDERS in the mail as found in Docket Entry 8 mailed to the Kentucky Attorney Generals Office.

Last, Ms. Mischler does not remember asking for an extension of time to respond to the motion in the voice mail she left for J. Clark Keller. She does remember stating that she has never received in the mail a copy of the motion and requested him to call back so they could discuss how to address that. She also stated that settlement was a possibility that Stites & Harbison PLLC should consider as she work on a draft of an amended complaint. She did not explicitly state why they would want to settle.

All of this, including that Stites & Harbison PLLC presumably misrepresented the truth on the certificate of service of the motion where Ms. Mischler has never received a copy through the mail; these all issues that breach the decorum of professionalism expected by the Court of attorneys practicing in the Eastern District of Kentucky. While this motion could be construed as a Rule 11 motion; Ms. Mischler simply requests a written warning to all the Defendants that the Honorable Gregory F. Van Tatenhove will not tolerate any such further actions from Stites & Harbison PLLC, other defendants, or attorneys in this action against a Pro Se litigant.

Respectfully submitted,

Amy Mischler
1120 Palm Court
Okeechobee, Florida 34974
863-801-1877
ajmischler@yahoo.com

Certificate of Service:
Stites & Harbison:  J. Clark Keller, 250 W. Main Street, 2300 Lexington Financial Center, Lexington, KY 40507. Selena Woody Stevens: 183 Whitman Way Georgetown, KY 40324. Dr. Sally Brenzel:  Andrew Douglas Pellino  O'Bryan, Brown & Toner - Louisville  401 S. Fourth Street , Suite 2200 Louisville, KY 40202. Andy Beshear:  Marc Griffin Farris  Office of Attorney General – KY, 700 Capital Avenue Suite 118 Frankfort, KY 40601.

2/3

Attorney General's Office refused service for Craig Newborn and Jeffrey Prather from Ms. Mischlers server and then, stated that they were served. This will be addressed in another motion.

I certify that the above individuals received copies of this motion mailed to the address on November 18, 2017.

3/3