UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

AMY JERRINE MISCHLER,                    )
                                          )
        Plaintiff,                        )          Civil No. 3:17-cv-00066-GFVT
                                          )
v.                                        )
                                          )          **ORDER**
MATT G. BEVIN, in his official capacity as )
Governor of Kentucky, et al.              )
                                          )
        Defendant.                        )

*** *** *** ***

This matter is before the Court on the Plaintiffs' Motions for Extension of Time. [R. 23.]

Ms. Mischler has indicated she had not received copies of the Defendants' filed Motions to

Dismiss and requests additional time to respond. [R. 21, 23.]

Defendant Stites & Harbison filed a Motion to Dismiss on November 9, 2017. [R. 14.]

Defendant Sally Benzel filed a Motion to Dismiss on November 13, 2017. [R. 15.] Defendant

Selena Woody Stevens filed a Motion to Dismiss on November 13, 2017. [R. 16, 17.]

Defendants Andy Beshear, Craig Newborn, and Jeffrey Prather filed a Motion to Dismiss on

November 14, 2017. [R. 19.] Pursuant to Local Rule 7.2(c), a party opposing such motion must

file a response within twenty-one (21) days of service of the motion. Ms. Mischler indicates that

she has not yet been provided service of these motions, but that her inquiries into the case led her

to discover the filing of such motions on November 20, 2017. Twenty-one days from November

20, 2017, would require Ms. Mischler to file answers to all four of these Motions by December

11, 2017. Defendant Stites & Harbison indicate no objection to an extension up to and including

January 2, 2018. [R. 20.] The Court finds this extension of an additional three weeks reasonable.

The Court being sufficiently advised, the Plaintiff's Motion for Extension of Time is **GRANTED**. Plaintiff shall have up to and including **January 2, 2018**, to file Responses to Defendants' Motions to Dismiss. [R. 14, 15, 16, and 19.] Plaintiff's Alternative Motion to Hold Motions to Dismiss in Abeyance is **DENIED AS MOOT**. All future service of motions and pleadings shall be served on Ms. Mischler via United States Postal Service to her address at 1120 Palm Court, Okeechobee, Florida 34974.

This the 27th day of November, 2017.

Gregory F. Van Tatenhove
United States District Judge

2