*Electronically Filed*
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT FRANKFORT
CASE NO. 3:17-cv-00066-GFVT

AMY JERRINE MISCHLER                                                    PLAINTIFF

**GOVERNOR MATT BEVIN AND CHFS DEFENDANTS'**
v.      **MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

GOVERNOR MATT BEVIN, *et al*,                                       DEFENDANTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Governor Matt Bevin joined by CHFS Deputy Secretary Timothy Feeley; CHFS Service Region Administrator Susan Howard; CHFS Service Region Administrator Associate Debra Wilcox-LeMaster; "Kentucky Social Worker" Kathy Larder; "Kentucky Social Worker" Deborah Webb; "Kentucky Social Worker" Shereena Hamilton-Spurlocke[1]; "Kentucky Social Worker" Latoya Jones; "Kentucky Social Worker" Wilma Taylor; CHFS FSOS (Field Service Office Supervisor) Mike Hartlage; "Kentucky Social Worker" Gwen Hatfield; CHFS Deputy General Counsel Mona Womack; CHFS Internal Policy Analyst II Debbie Dile; former CHFS Regional Attorney Zack Ousley, named as the successor to David Adam; "Jane Doe"[2]; unknown state employee Emily Gray-Jones (collectively the "CHFS" Defendants"), by their undersigned counsel, pursuant to Civil Rule 12(b)(1) and 12(b)(6) move this Court to dismiss Plaintiff Amy Jerrine Mischler's entire Complaint, or alternatively that this Court dismiss each claim Plaintiff has asserted against them in their official capacities.[3]

---

[1] Plaintiff alternatively refers to this defendant's last name as "Hamilton-Spurlock" and "Hamilton-Spurlocke."

[2] "Jane Doe" is described as the person who "reinstated the second substantiation against Ms. Mischler in the official cabinet records" and also the person who "destroyed Ms. Mischler's records a second time [2013], at the Cabinet for Health and Family Services though such records are required per Federal Regulations to be maintained for twenty five years." It is not clear from these pleadings if "Jane Doe" is one or more persons or if they were employed by CHFS.

[3] Governor Bevin was sued only in his official capacity. As this Court observed, many of the defendants are not in the state directory of current employees. It is not known if the "Kentucky Social Worker" Defendants were previously employed by the Cabinet, but the same defenses argued here would apply if they were state employees at the CHFS,

This Court has discretion to dismiss the entire case on the merits or dismiss only the official capacity claims at this time based on Movants' immunity from suit. The complaint fails to state a claim upon which may be granted and is barred by the sovereign immunity of the Commonwealth of Kentucky and the Eleventh Amendment to the Constitution of the United States.

In support, the CHFS Defendants and Governor Bevin submit a proposed Order and an attached supporting memorandum of law.

Respectfully Submitted,

/s/ *D. Brent Irvin*
D. Brent Irvin
Assistant Counsel
Catherine York
Deputy General Counsel
Cabinet for Health and Family Services
Office of Legal Services
275 East Main Street 5W-B
Frankfort, KY  40621
(502) 564-7905
Brent.Irvin@ky.gov
*Counsel for CHFS Defendants*

---

the Kentucky Board of Social Work, or any other Kentucky state agency. As this Court noted, the individual capacity CHFS Defendants have not been served with process. *See* Order, Doc. # 25, Page ID # 325-330. None of these persons have requested legal representation from the Cabinet's office of legal services in their personal capacities. This defense of the official capacity claims should not be construed by Plaintiff as waiving or limiting the Cabinet employees' due process rights requiring personal service of process in the manner required by the Civil Rules of Procedure, or as waiving any of their individual capacity affirmative defenses.

## CERTIFICATE ELECTRONIC FILING AND SERVICE

I hereby certify electronic filing the forgoing motion, memorandum, exhibits and proposed Order on this 28th day November, 2017 and which will serve copies on all counsel of record.[4] Copies are also served by U.S. mail, postage prepaid on the following *pro se* litigants:

Amy Jerrine Mischler
1120 Palm Court
Okeechobee, FL  34974

And

Selena Woody Stevens
183 Whitman Way
Georgetown, KY  40324

A courtesy copy was also served on Plaintiff at the following email address: ajmmischler@yahoo.com.

/s/ ***D. Brent Irvin***_____

---

[4] The civil docket reflects that many of the Defendants' addresses recited in Plaintiff's Complaint are not valid home addresses and were properly refused by the Office of Attorney General because he is not their agent for service of process. Movants herein will serve additional defendants if and when they enter their appearances or file answers or dispositive motions.