UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION
CASE NO.: 17-CV-00066-GFVT

AMY JERRINE MICHLER

      PLAINTIFF,

VS.

GOVERNOR MATT BEVIN, Official Capacity;
STITES & HARIBSON; ATTORNEY GENERAL
ANDY BESHEAR, Official; DEMOCRAT PIKE
COUNTY ATTORNEY HOWARD KEITH HALL,
Official and Individual Capacity as a Contractor and under
Authority of The Kentucky Cabinet for Health and
Family Services;  DEMOCRAT JUDGE JULIE
PAXTON, Official Capacity for Factual Findings
Judicial Negligence/Misconduct; CHIEF JUSTICE
JOSEPH LAMBERT, Official Capacity for Factual Findings
Judicial Negligence/Misconduct; JUDGE/DEPUTY
SECRETARY TIMOTHY FEELEY, Official and
Individual Capacity; JUDGE JOHN DAVID PRESTON,
Official Capacity for Factual Findings Judicial Negligence/Misconduct;
JUDGE JANIE WELLS, Official Capacity for Factual Findings
Judicial Negligence/Misconduct; DEMOCRAT SENIOR
JUDGE LEWIS NICHOLLS, Official Capacity for Factual Findings
Judicial Negligence/Misconduct; SERVICE REGION
ADMINISTRATOR SUSAN HOWARD, Official and
Individual Capacity; SERVICE REGIONAL ADMINISTRATOR
ASSOCIATE DEBRA WILCOX-LEMASTER, Official
and Individual Capacity; KENTUCKY SOCIAL WORKER
KATHY LARDER, Official and Individual Capacity;
KENTUCKY SOCIAL WORKER DEBORAH WEBB,
 Official and
Individual Capacity; KENTUCKY SOCIAL WORKER
SHEREENA HAMILTON-SPURLOCKE, Official and
Individual Capacity; KENTUCKY SOCIAL WORKER
LATOYA JONES,  Official and Individual Capacity;
KENTUCKY SOCIAL WILMA TAYLOR; Direct Supervisor
of Hamilton-Spurlocke, Official and Individual Capacity;

KENTUCKY FSOS MIKE HARTLAGE, Official and
Individual Capacity; KENTUCKY SOCIAL WORKER
GWEN HATFIELD, Official and Individual Capacity;
SELENA WOODY STEVENS, Individual Capacity Damage
in amount of $1.00; ASSISTANT ATTORNEY GENERAL
JEFFREY PRATHER;Official and Individual Capacity;
ASSISTANT ATTORNEY GENERAL CRAIG NEWBORN,
Official and Individual Capacity; DEPUTY GENERAL
COUNSEL MONA WOMACK, Cabinet for Health and
and Family Services, Official and Individual Capacity;
INTERNAL POLICY ANALYST II DEBBIE DILE;
Cabinet for Health and Family Services, Official and
Individual Capacity; DAVID ADAM (REPLACED BY
ZACK OUSLEY) Cabinet for Health and Family Services,
Official Capacity and Factual Findings; JANE DOE [ Unknown
Employees who destroyed records and made false records]
Official Capacity and Factual Services; EMILY GRAY-JONES,
Cabinet for Health and Family Services, Official Capacity and
Factual Findings; DR. SALLY BRENZEL,

        DEFENDANTS
_____

## ENTRY OF APPEARANCE
_____

Comes the undersigned the Hon. James P. Pruitt, Jr., hereby makes his appearance as counsel of record in the above-styled action on behalf of the Defendant, **DEMOCRAT PIKE COUNTY ATTORNEY HOWARD KEITH HALL, Official and Individual Capacity as a Contractor and Under Authority of the Kentucky Cabinet for Health and Family Services,** and respectfully requests that the herein parties include said counsel in the mailing of all pleadings, notices, and other relevant correspondences, to the following address: **Pruitt and de Bourbon Law Firm,** P. O. Box 339, Pikeville, Kentucky 41502 or via email at, pfirm@bellsouth.net.

Respectfully submitted,

/s/ James P. Pruitt, Jr.
JAMES P. PRUITT, JR.
PRUITT and de BOURBON LAW FIRM
P.O. BOX 339
PIKEVILLE, KENTUCKY  41502
(606) 437-7366
pfirm@bellsouth.net

## CERTIFICATE OF SERVICE

This is to certify that on the 26th day of February, 2018, a true copy of the foregoing Entry of Appearance was mailed/emailed to the following:

Amy Jerrine Mischler
PRO SE
1120 Palm Court
Okeechobee, FL 34974

Hon. Douglas Farnsley
dfarnsley@stites.com
Hon. Katie M. Glass
kglass@stites.com
Hon. J. Clarke Keller
ckeller@stites.com
Attorneys for Defendant, Stites & Harbison

Hon. Catherine Elaine York
catherine.york@ky.gov

Hon. D. Brent Irvin
brent.irvin@ky.gov
Attorney for Defendants,
Matt Bevin, Governor
Timothy Feeley, Judge/Deputy Secretary
Susan Howard, Service Region Administrator
Debra Wilcox-LeMaster, Service Regional Administrator Associate
Kathy Larder, Kentucky Social Worker
Deborah Webb, Kentucky Social Worker
Shereena Hamilton-Spurlocke, Kentucky Social Worker
Laytoya Jones, Kentucky Social Worker
Wilma Taylor, Kentucky Social Worker
Mike Hartlage, Kentucky FSOS

Gwen Hatfield, Kentucky Social Worker
Mona Womack, Deputy General Counsel
Debbie Dile, Internal Policy Analyst II
Zack Ousley, (Replaced David Adam)
Jane Doe, Unknown Employees
Emily Gray-Jones, Cabinet for Health and Family Services

Selena Woody Stevens, PRO SE
183 Whitman Way
Georgetown, KY 40324

Hon. Andrew Douglas Pellino
pellinoa@obtlaw.com
Attorney for Defendant,
Dr. Sally Brenzel

Hon. Marc Griffin Farris
marc.farris@ky.gov
Attorney for Defendants
Andy Beshear, Attorney General
Jeffrey Prather, Assistant Attorney General
Craig Newborn, Assistant Attorney General

Hon. Shandeep Jonathan Dutta
shan.dutta@ky.gov
Attorneys for Defendants
Julie Paxton, Democrat Judge
Joseph Lambert, Chief Justice
John David Preston, Judge
Lewis Nicholls, Democrat Senior Judge

                                        /s/ James P. Pruitt, Jr.
                                        JAMES P. PRUITT, JR.